IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:21-cv-00339-MCE-CKD |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MATTHEW D. SPRUITENBURG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Pursuant to the Stipulation for Entry of Judgment (ECF No. 8) between Plaintiff the United States and Defendant, Matthew D. Spruitenburg, and good cause appearing, JUDGMENT is hereby entered as follows:

   1.   Judgment is entered in favor of the United States and against Defendant Matthew D. Spruitenburg in the amount of $617,364.10 for unpaid personal tax liabilities, plus interest

1

1 | according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from February 22, 2021,

2 | until the judgment is paid.

3 |     2.    Each party shall be liable for its own costs of litigation and attorneys' fees.

4 |     IT IS SO ORDERED.

Dated: October 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE